TOWNSHIP OF GREENWICH, PLAINTIFF-RESPONDENT, v. GLOUCESTER COUNTY BOARD OF TAXATION, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Mr. Joseph Mennite* for petitioners.

*Mr. Albert J. Zamal* for respondent.

November 1, 1965. Granted.

MARY V. ALADITS, PETITIONER-PETITIONER, v. SIMMONS COMPANY, RESPONDENT-RESPONDENT.

*Messrs. Gurry & Conlan* for petitioner.

*Mr. Isidor Kalisch* for respondent.

November 16, 1965. Granted.

ROBERT HAYS, PLAINTIFF-PETITIONER, v. ROBERT J. QUINN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Wilentz, Goldman, Spitzer & Hoffman* for petitioner.

*Messrs. Campbell, Mangini, Foley & Lee* for respondent.

November 16, 1965. Denied.